AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

LANCE REBERGER,

      Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER:  3:13-cv-00407-MMD-WGC

JAMES G. COX, et al.,

      Defendant(s).

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is DISMISSED WITHOUT PREJUDICE.

August 7, 2013                              **LANCE S. WILSON**
                                                Clerk

                                                /s/ K. Rusin
                                                Deputy Clerk